■ In the Matter of FRANK RUSSO et al., Respondents, v IRVING BLACK et al., Appellants. [746 NYS2d 605] ■

Santucci, J.P., Altman, Florio and Goldstein, JJ., concur.